**In re: Brian DOYLE, Petitioner.**

No. 05–6203.

United States Court of Appeals,
Fourth Circuit.

Submitted March 2, 2005.

Decided March 18, 2005.

Brian Doyle, Petitioner pro se.

Before MOTZ, TRAXLER, and
DUNCAN, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Brian Doyle petitions for writ of manda-
mus, alleging the district court has unduly

delayed acting on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. He also requests a "speedy hearing" in this court. We find there has been no undue delay in the district court. We deny Doyle's motion for a speedy hearing as moot. Accordingly, while we grant Doyle's application to proceed in forma pauperis in this court, we deny his petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*